IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L-7 DESIGNS, INC.<br><br>    Plaintiff/<br>    Counterclaim Defendant<br><br>    v.<br><br>OLD NAVY, LLC<br><br>    Defendant/<br>    Counterclaim Plaintiff | Civil Action No. 09 Civ 1432 (DC) (RLE) |

## NOTICE OF MOTION OF WINSTON & STRAWN
## FOR LEAVE TO WITHDRAW

PLEASE TAKE NOTICE that upon the Declaration of Virginia R. Richard in Support of Motion of Winston & Strawn LLP for Leave to Withdraw the firm of Winston & Strawn, LLP shall move this court, before the Honorable Denny Chin, Circuit Court Judge, at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York granting Winston & Strawn LLP leave to withdraw as counsel for L-7 Designs, Inc.

Dated: New York, New York
August 7, 2012

Respectfully submitted,

/s/ Virginia R. Richard
Virginia R. Richard
Winston & Strawn LLP
200 Park Avenue
New York, NY 10016
212-294-4639
Counsel for Plaintiff and
Counterclaim Defendant
L-7 Designs, Inc.

NY:1474827.1